# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| JOHN WESLEY PARHAM, | : |
| Petitioner, | : |
| v. | : No. 5:95-CR-3 (CAR) |
| UNITED STATES OF AMERICA, | : |
| Defendant. | : |

## ORDER ON RECOMMENDATION

Before the Court is United States Magistrate Judge Charles Weigle's Report and Recommendation [Doc. 144] to deny Petitioner John Wesley Parham's Motion for Relief from Judgment Pursuant to Rule 60(b)(6) of the Federal Rules of Civil Procedure [Doc. 133]. Petitioner has not entered an objection to the Recommendation. Upon review of the record of the case, the Court agrees with the findings and conclusions of the United States Magistrate Judge. Accordingly, the Recommendation [Doc. 144] is hereby **ADOPTED** and made the Order of the Court, and Petitioner's Motion [Doc. 133] is **DENIED**.

**SO ORDERED,** this  3rd  day of February, 2012.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

SSH