IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **CHARLES LITTLE MCQUEEN,** | : | |
| | : | |
| Petitioner, | : | |
| | : | Case No. 5:95-CR-3 (CAR) |
| | : | |
| vs. | : | Proceeding under 28 U.S.C. § 1651 |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| Respondent. | : | |

*ORDER ON THE RECOMMENDATION*
*OF THE UNITED STATES MAGISTRATE JUDGE*

Before the Court is United States Magistrate Judge Charles H. Weigle's Recommendation [Doc. 148] to deny Petitioner's Motions for Writ of Error Coram Nobis. Plaintiff has not filed an objection to the Recommendation. Having considered the Recommendation, this Court agrees with the findings and conclusions of the United States Magistrate Judge. The Recommendation is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**, and Petitioner's Motions [Docs. 136 & 138] are hereby **DENIED**.

**SO ORDERED**, 1st day of June, 2012.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

SSH